**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

ASHLEY DANIELS,

       Plaintiff,

  v.

DELAWARE NORTH COMPANIES, INC.

       Defendant.

CASE NO. 4:26-cv-00905

**DEFENDANT DELAWARE NORTH COMPANIES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1, the undersigned discloses the following information about Defendant Delaware North Companies, Inc. ("Delaware North"):

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case:

    **(a) Delaware North is not currently publicly traded on any stock exchange;**

    **(b) Delaware North has no parent company;**

    **(c) Delaware North has no domestic subsidiaries or active foreign subsidiaries that are not wholly owned by Delaware North; and**

    **(d) No publicly held corporation owns 5% or more of Delaware North's stock**.

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

    **Delaware North Companies, Inc., is a Delaware corporation, incorporated in Delaware. Buffalo, New York is the site of Delaware North's principal place of**

**business, because it is where Delaware North's corporate headquarters are located and where its high-level officers direct, control, and coordinate its activities. Accordingly, Delaware North is a citizen of New York and Delaware**.

3.  If the subject is an organizational victim in a criminal case,

    a.  The victim's identity: **N/A**

    b.  If the victim is a corporation,

        1.  Whether it is publicly traded, and if it is, on which exchange(s): **N/A**

        2.  Its parent companies or corporations (if none, state "none"): **N/A**

        3.  Subsidiaries that are not wholly owned by the subject (if none, state "none"): **N/A**

        4.  Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): **N/A**

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

*s/ Misty R. Martin*
**Signature**, **Counsel for Defendant**
**Print Name**: Misty R. Martin
**Address**: 1075 Peachtree Street, N.E., Suite 2500
**City/State/Zip**: Atlanta, Georgia 30309-3958
**Phone**: (404) 885-1500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Disclosure Statement was served by electronic notice on all parties on June 11, 2026.

/s/ *Misty R. Martin*
Signature