UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| ASHLEY DANIELS, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 4:26-cv-00905-JMD |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE NORTH COMPANIES, INC. | ) | |
| | ) | |
| Defendant | ) | |

**MANDATORY CERTIFICATION REGARDING GENERATIVE
ARTIFICIAL INTELLIGENCE FOR ATTORNEY THOMAS M. AHLBRANDT**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis— will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

DATED:  July 15, 2026

Respectfully submitted,

/s/*Thomas M. Ahlbrandt*
Thomas M. Ahlbrandt, MO#67797
The Ahlbrandt Law Firm, LLC
6247 Brookside Blvd., Suite 245
Kansas City, MO 64113
(816) 490-6301
tom@ahlbrandtlaw.com
Attorney for Plaintiff (Pro Hac Vice)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Uma Chandrasekaran IL Bar No. 6281690
uchandrasekaran@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

Misty R. Martin
GA Bar No. 576363
MA Bar No. 658599
IL Bar No. 6284999
mrmartin@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*Attorneys for Defendant Delaware North Companies, Inc.*

*/s/ Thomas M. Ahlbrandt*
Thomas M. Ahlbrandt