UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| ASHLEY DANIELS, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 4:26-cv-00905-JMD |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE NORTH COMPANIES, INC. | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF ASHLEY DANIELS DISCLOSURE STATEMENT**

Plaintiff, pursuant to Local Rule 2.09, discloses the following: Plaintiff Ashley Daniels is an individual and at the commencement of this action, Plaintiff was a citizen of Illinois. At the time of removal, Plaintiff was a citizen of Wisconsin. No other individual's or entity's citizenship is attributed to Plaintiff.

Respectfully submitted,

/s/*Thomas M. Ahlbrandt*
Thomas M. Ahlbrandt, MO#67797
The Ahlbrandt Law Firm, LLC
6247 Brookside Blvd., Suite 245
Kansas City, MO 64113
(816) 490-6301
tom@ahlbrandtlaw.com
Attorney for Plaintiff (Pro Hac Vice)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of July 2026, a copy of the foregoing was filed

electronically. Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system. Parties may access this filing through the Court's system:

Uma Chandrasekaran IL Bar No. 6281690
uchandrasekaran@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

Misty R. Martin
GA Bar No. 576363
MA Bar No. 658599
IL Bar No. 6284999
mrmartin@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*Attorneys for Defendant Delaware North Companies, Inc.*


*/s/ Thomas M. Ahlbrandt*
Thomas M. Ahlbrandt